GEORGE A. GOULD, Respondent, v. MATAM CORPORATION, Appellant.— Action under the Fair Labor Standards Act of 1938 (U. S. Code, tit. 29, § 201 *et seq.*) to recover overtime wages, liquidated damages and counsel fees. Order denying appellant's motion to compel respondent to reply to new matter set forth in the defenses pleaded in paragraphs "14" to "18", inclusive, of the answer to the amended complaint, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.

JENNIE HARPER, Appellant, v. HYMAN HARPER, Respondent.— In an action for a decree of separation, plaintiff appeals from four orders: (1) Order denying her motion to direct the defendant to serve a verified statement of residence under rule 9-a of the Rules of Civil Practice and for a stay of proceedings; (2) order denying her motion to examine the defendant before trial as to his assets and income; (3) order granting her motion for additional counsel fees but limiting the amount to $500; and (4) order denying her motion for an allowance for counsel fees and expenses to prosecute the above-described appeals. The four orders, insofar as appealed from, are affirmed, without costs. No opinion. Lewis, P. J., Johnston, Adel, Aldrich and Nolan JJ., concur.